JUSTIN A. BRACKETT (HI Bar No. 9954)
515 Ward Avenue
Honolulu, HI 96814
Telephone: (808)377-6778
Email: justinbrackettlaw@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KENNETH BAUCHLE,<br><br>             Plaintiff,<br>vs.<br><br>ENCORE CAPITAL GROUP, INC.,<br>MIDLAND FUNDING, LLC,<br>MIDLAND CREDIT MANAGEMENT,<br>INC., and TIM BOLIN,<br><br>             Defendants. | CASE NO. 1:18-CV-153-DKW-RLP<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

### NOTICE OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) the above-entitled action shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party. Each party is to bear its own attorney's fees and costs.

1

2

Respectfully submitted this 2nd day of August, 2018.

*/s/ Justin A. Brackett*
Justin A. Brackett, #9954
Attorney for Plaintiff
Kenneth Bauchle

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Dismissal with Prejudice was served upon Defendants, at the below address, via electronic mail and first class, United States mail, sufficient postage prepaid, this the 2nd day of August, 2018:

Attorney for Defendants:

David J. Minkin   djminkin@m4law.com
Miyoko T. Pettit-Toledo  pettit-toledo@m4law.com
Jordan K. Inafuku  jinafuku@m4law.com

David J. Minkin, Miyoko T. Pettit-Toledo, & Jordan K. Inafuku
McCorriston Miller Mukai MacKinnon LLP
P.O. Box 2800
Honolulu, HI 96803

*/s/ Justin A. Brackett*
Justin A. Brackett
Attorney for Plaintiff
Kenneth Bauchle